**Glover NORVELL, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2009–7013.

United States Court of Appeals, Federal Circuit.

Oct. 6, 2009.

F. Leslie Bessenger, III, Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., of Atlanta, Georgia, argued for claimant-appellant. With him on the brief was Doris Johnson Hines, of Washington, DC. Of counsel was Ronald L. Smith, of Washington, DC.

Scott D. Austin, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief were Michael F. Hertz, Deputy Assistant Attorney General, Jeanne E. Davidson, Director, and Martin F. Hockey, Jr., Assistant Director. Of counsel on the brief were Michael J. Timinski, Deputy Assistant General Counsel, and Y. Ken Lee, Attorney, Office of the General Counsel, United States Department of Veterans Affairs, of Washington, DC.

Before MAYER, RADER, and MOORE, Circuit Judges.

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.